IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 6:21-CR-03094-BCW |
| | ) | |
| CHARLES EDGAR KING, JR., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Before the Court is Magistrate Judge Rush's Report and Recommendation recommending that Defendant Charles Edgar King be found competent to proceed in the above-captioned matter (Doc. #23). Neither party filed objections to the Report and Recommendation.

Defendant underwent a psychiatric examination at Metropolitan Correctional Center pursuant to Magistrate Judge Rush's Order on defense counsel's Motion for Psychiatric Examination under 18 U.S.C. §§ 4241 and 4242. (Doc. #16). On December 1, 2021, a hearing was held before Magistrate Judge Rush on the matter of competency in which evidence from the evaluating agency's psychiatric reports (Docs. #18, #19) was presented to the Court. Consistent with the evidence, Magistrate Judge Rush found Defendant was not presently suffering from a mental disease or defect that would render him incompetent to stand trial. After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts the Magistrate's findings of fact and conclusions of law and finds defendant is not currently suffering from a mental disease or defect which would prevent him from understanding the nature and consequences of the proceedings against him or assisting in his defense. Accordingly, it is hereby

ORDERED Defendant is COMPETENT TO STAND TRIAL. It is further

1

ORDERED the Magistrate's Report and Recommendation (Doc. #23) be attached to and made part of this Order.

IT IS SO ORDERED.

DATED: January 7, 2022                               /s/ Brian C. Wimes
                                                     JUDGE BRIAN C. WIMES
                                                     UNITED STATES DISTRICT COURT

2

Case 6:21-cr-03094-BCW   Document 24   Filed 01/07/22   Page 2 of 2